

# NUMBER 13-25-00228-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ISIAH THOMAS MONTES,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                           Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Justices Silva, Peña, and Fonseca**
**Memorandum Opinion by Justice Silva**

Appellant filed a notice of appeal attempting to appeal an order of dismissal in trial court cause number 23-CCR-3876. We dismiss the appeal for want of jurisdiction.

On April 28, 2025, the Clerk of the Court notified appellant that it appears the order he was attempting to appeal is not appealable. Appellant was further notified that if the defect was not corrected within thirty days from the date of the letter, the appeal would be subject to dismissal. *See* TEX. R. APP. P. 37.1. Appellant has failed to cure the defect.

Generally, a state appellate court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Exceptions to the general rule include: (1) certain appeals while on deferred adjudication community supervision, *Kirk v. State*, 942 S.W.2d 624, 625 (Tex. Crim. App. 1997); (2) appeals from the denial of a motion to reduce bond, TEX. R. APP. P. 31.1; *McKown*, 915 S.W.2d at 161; and (3) certain appeals from the denial of habeas corpus relief, *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.); *McKown*, 915 S.W.2d at 161.

Our review of the documents before the Court does not reveal an appealable order entered by the trial court before the filing of appellant's notice of appeal. The Court, having examined and fully considered the notice of appeal, is of the opinion that there is no appealable order, and this Court lacks jurisdiction over the matters herein. Accordingly, this appeal is dismissed for want of jurisdiction.

CLARISSA SILVA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
18th day of June, 2025.

2